UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

RONALD D. PHILLIPS,

    Plaintiff,                                  Case No.:

v.

CREDENCE RESOURCE MANAGEMENT, LLC,

    Defendant.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant Credence Resource Management, LLC ("Credence"), by its attorneys, hereby removes this action from the Hampton General District Court, Commonwealth of Virginia, to the United States District Court for the Eastern District of Virginia. In support of this Notice of Removal, Defendant states as follows:

1. Plaintiff Ronald D. Phillips originally commenced this action by filing a Warrant in Debt on August 27, 2023, against Credence in the Hampton General District Court, Commonwealth of Virginia, where it is presently captioned as *Ronald D. Phillips v. Credence Resource Management, LLC,* Docket No.: GV23-11215. No further proceedings before the State court have occurred.

2. In the Complaint, plaintiff implicates federal statutory causes of action against Credence. In particular, Plaintiff's claims concern Credence "listing" an account on his credit report, which implicates the Fair Credit Report Act ("FCRA"), 15 U.S.C. § 1681, *et seq.* and possibly the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* A true and correct copy of the State Court record is attached hereto as **Exhibit A**.

4. Credence was served with the Complaint/Warrant in Debt on August 28, 2023.

5. This Court has jurisdiction over Plaintiff's claim pursuant to 28 U.S.C. §§ 1331 and 1441 in that the claim is founded upon a claim or right arising under the laws of the United States.

6. This Notice of Removal is timely, having been filed within thirty (30) days of the date on which Credence was served with Plaintiff's Complaint/Warrant in Debt. *See* 28 U.S.C. § 1446.

7. Written notice of this Notice of Removal of this action is being immediately provided to the Hampton General District Court. *See* **Exhibit B**.

8. Written notice of this Notice of Removal of this action is being served on the Plaintiff.

WHEREFORE, Defendant Credence Resource Management, LLC gives notice that this action is removed from the Hampton General District Court, Commonwealth of Virginia, to the United States District Court for the Eastern District of Virginia.

Dated:  September 26, 2023                 Respectfully submitted,

By: /s/ William D. Bayliss
William D. Bayliss, Esq.
Virginia Bar No. 13741
Joseph E. Blackburn, III, Esq.
Virginia Bar No. 81871
WILLIAMS MULLEN
200 South 10th Street, Suite 1600
P.O. Box 1320 (23218)
Richmond, VA 23219
Telephone: (804) 420-6000
*Attorney for Defendant,*
*Credence Resource Management, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023 a copy of the foregoing filed electronically in the ECF system.  Notice of this filing will be sent to the Mr. Phillips via U.S. Mail postage prepaid.

    Ronald D. Phillips – Pro Se Plaintiff
    756 N. First St.
    Hampton, VA  23664

                By: /s/ William D. Bayliss
                    William D. Bayliss, Esq.
                    Virginia Bar No. 13741
                    Joseph E. Blackburn, III, Esq.
                    Virginia Bar No. 81871
                    WILLIAMS MULLEN
                    200 South 10th Street, Suite 1600
                    P.O. Box 1320 (23218)
                    Richmond, VA 23219
                    Telephone: (804) 420-6000
                    *Attorney for Defendant,*
                    *Credence Resource Management, LLC*