IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Norfolk Division

RONALD D. PHILLIPS,

Plaintiff,

v.                                    Civil Action No: 2:23-cv-469

CREDENCE RESOURCE MANAGEMENT, LLC,

Defendant.

## **NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES the Plaintiff Ronald D. Phillips, by counsel, and hereby restates as follows:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby gives notice that this action is voluntarily dismissed. Defendant Credence Resource Management, LLC has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiff notices voluntary dismissal of this action, WITHOUT PREJUDICE. See Fed. R. Civ. P. 41(a)(1)(B).

Dated: October 5, 2023                 Respectfully Submitted,

                                       RONALD D. PHILLIPS

                                       /s/ James S. McNider, III
                                       James S. McNider, III
                                       Of Counsel

James S. McNider, III
(VSB No. 20738)
James S. McNider, III PLC
PO Box I
Hampton, VA 23669-0256
Telephone: 757-722-8000
Facsimile:  847-589-1090
jmcnider@valaw.com
Counsel to Ronald D. Phillips

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 5th day of October, 2023, a true copy of the above document

was served electronically with the Clerk of Court using the CM/ECF system which will then

send a notification of such filing (NEF) to the following: William D. Bayliss and Joseph E.

Blackburn, III.

/s/ James S. McNider, III
James S. McNider, Of Counsel